| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Tyron Davis** | Social Security number or ITIN **xxx–xx–9969** |
| First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **8–18–72644–ast** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Kenneth Kirschenbaum (Trustee) is discharged as trustee of the estate of the above−named debtor(s).
- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Alan S. Trust  
United States Bankruptcy Judge

Dated: August 17, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]